**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 178 MAL 2023

          Respondent   :

                         :   Petition for Allowance of Appeal
                         :   from the Order of the Superior Court

          v.   :

                         :

ERIK CHARLES LAWRENCE,   :

          Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.